UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHESTER MURPHY

        Plaintiffs,

Hon. George C. Steeh
Case No. 11-10822-~~NG~~

v.

THE CITY OF DETROIT,
OFFICER CHRISTOPHER MUKLEWICZ and
JOHN DOES

        Defendants.
_____/

| | |
|---|---|
| GREGORY J. ROHL (P39185) | JERRY ASHFORD (P47402) |
| JAMES H. DUFF (P35562) | JOHN SCHAPKA (P36731) |
| Attorneys for Plaintiff | Attorneys for City of Detroit |
| 41850 W. Eleven Mile Rd. | 660 Woodward Ave. Suite 1650 |
| Suite 235 | Detroit, Michigan 48226 |
| Novi, MI 48375 | 313-237-3089 |
| (248) 380-9404 | 313-224-5505 |
| (248) 380-5362 fax | ashfj@detroitmi.gov |
| Gregoryrohl@yahoo.com | |

_____/

## ORDER

Upon the filing and reading of Plaintiff's Motion to extend the dates for service of process and for substituted service and the Court being fully advised on the premises, says:

IT IS HEREBY ORDERED that the Summons and/or the date within which to properly serve the Defendant, Officer Christopher Muklewicz, be extended for 120 days;

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion for substituted service is hereby GRANTED and that substituted service must provide for service by all four of the following means:

a. First Class Mail to Defendant's last known address;

b. By Certified Mail, return receipt requested and delivery restricted to the addressee to Defendant's last known address;

c. Posting or tacking at Defendant's last known address;

d. Publishing in the legal news of the County where Defendant resides for (3) consecutive weeks.

JUL 1 8 2011

_____
~~Federal Court Judge/Magistrate~~
GEORGE CARAM STEEH
U.S. District Judge